IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) FLORIAN OTERO<br>(counts 1, 2, 3, 4, 5, 6 and 7)<br>2) VICTOR ROBLES<br>(counts 1, 4, 5, 6 and 7)<br>**3) ANTONIO ROBLES-ROMAN**<br>(counts 1, 6 and 7)<br>4) GERMAN MELENDEZ<br>(counts 1, 8 and 9)<br><br>Defendants | CRIMINAL 06-0097CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 17, 2007 **(docket entry 168)** on a Rule 11 proceeding of defendant Antonio Robles-Roman held before Chief Magistrate Judge Justo Arenas on June 15, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Antonio Robles-Roman is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 15, 2007. The **sentencing hearing is set for September 13, 2007 at 4:30 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on June 19, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge